```
IN THE UNITED STATES DISTRICT COURT FOR THE
             WESTERN DISTRICT OF MISSOURI
                  SOUTHWESTERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
     vs.                             )    No. 14-05048-01-CR-SW-SRB
                                     )
RAUL ARMANDO ROSALES-PORTILLO,       )
                                     )
                Defendant.           )


**REPORT AND RECOMMENDATION**
<u>**CONCERNING PLEA OF GUILTY**</u>

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of guilty to Count One contained in the Indictment filed on December 10, 2014. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by a factual basis for each of the essential elements of the offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.


Date: February 5, 2015                 /s/ David P. Rush
                                       DAVID P. RUSH
                                       UNITED STATES MAGISTRATE JUDGE

NOTICE

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).